

840 North Plankinton Avenue, Milwaukee, WI 53203  P: 414-225-9755  F: 414-225-9753  www.boylefred.com

MICHAEL T. GRIGGS
DIRECT DIAL: 414-225-6311
MTG@boylefred.com

September 23, 2013

*VIA ECF*

Hon. Aaron E. Goodstein
United States Court House, Room 258
517 East Wisconsin Ave
Milwaukee, Wisconsin 52302

   Re: Settlement of *Malibu Media v. Shutterly*
     Case No. 13-cv-00236-AEG

Dear Judge Goodstein,

  Please be advised that the parties have settled and are planning to dismiss the case pending the outcome of the recently filed motion to seal. Accordingly, we request adjournment of tomorrow's Rule 16 conference. Based on our communications with Your Honor's clerk, we understand that the motion to seal will be addressed in the next day or two. Given this, the parties plan to dismiss the case by Friday, September 27, 2013.

              Sincerely,

              Michael T. Griggs

cc: Mary Schulz (via ECF)

{00651130.DOC / }