# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

MALIBU MEDIA, LLC,

        Plaintiff,

                                                    Case No. 2:13-cv-00236-AEG

v.

CHARLES SHUTTERLY,

        Defendant.
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Malibu Media, LLC and Defendant Charles Shutterly, by their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate that all claims asserted against each other in this matter are hereby dismissed with prejudice.

WHEREFORE, Plaintiff and Defendant Charles Shutterly respectfully request that this Court enter an order dismissing with prejudice all Plaintiff's and Defendant Charles Shutterly's claims against each other, with each party to bear its own attorneys' fees and costs.

Consistent herewith Plaintiff and Defendant consent to the Court having its case closed for administrative purposes.

                              Respectfully submitted,

| | |
|---|---|
| /s/ *Mary K. Schulz* | s/ *Michael T. Griggs* |
| Mary K. Schulz, Esquire | Michael T. Griggs, Esquire |
| Schulz Law, P.C. | Boyle Fredrickson SC |
| 1144 E. State Street | 840 N. Plankinton Avenue |
| Suite A260 | Milwaukee, WI 53203 |
| Geneva, IL 60134 | Phone: 414-225-9755 |
| Phone: 224-535-9510 | mtg@boylefred.com |
| schulzlaw@me.com | *Attorney for Defendant* |
| *Attorney for Plaintiff* | |

## CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: <u>/s/ *Mary K. Schulz*</u>

# CERTIFICATE OF SERVICE

I hereby certify that on September ___, 2013, the foregoing *Stipulation of Dismissal* was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ *Mary K. Schulz*

Mary K. Schulz

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

MALIBU MEDIA, LLC,

        Plaintiff,

                              Case No. 2:13-cv-00236-AEG

v.

CHARLES SHUTTERLY,

        Defendant.
_____/

## ORDER ON STIPULATION FOR DISMISSAL

THIS CAUSE came before the Court upon the Parties' Stipulation to Dismiss all Plaintiff's and Defendant Charles Shutterly's claims against each other with prejudice, and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: All Plaintiff's and Defendant Charles Shutterly's claims against each other are hereby dismissed with prejudice, with each party to bear its own attorneys's fees and costs.

IT IS FURTHER ORDERED AND ADJUDGED: This case is closed for administrative purposes.

   SO ORDERED this ___ day of _____, 2013.


                                                By: _____
                                                **UNITED STATES MAGISTRATE JUDGE**